UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW J. KING and<br>MICHAEL GODDARD, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Case No. 4:08-CV-1050 RWS |
| ALAN BLAKE, et al., | )<br>)<br>) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on plaintiffs' motions to proceed in forma pauperis.

Plaintiffs, Michael Goddard and Matthew King, are civilly committed residents at the Missouri Sexual Offenders Treatment Center. Plaintiffs filed the instant action pursuant to 42 U.S.C. § 1983 alleging violations of their civil rights, namely their right of access to courts. Under 28 U.S.C. § 1915(e), the Court is required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. The Court has reviewed the complaint and finds that it should not be dismissed at this time. As a result, the Court will order the Clerk to issue process or cause process to issue on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motions to proceed in forma pauperis [#2, #6] are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 18th day of August, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE