UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW KING, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:08CV1050 RWS |
| ALAN BLAKE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion for extension of time to file a reply brief in support of a temporary restraining order [#29] is denied as moot because the motion for restraining order was denied on January 9, 2009.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of January, 2009.