UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW KING, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:08CV1050 RWS |
| ALAN BLAKE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that plaintiffs' motion for expanding the number of interrogatories [#37] is granted only in part: <u>plaintiffs shall be allowed to propound an additional twenty five interrogatories.</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 10th day of March, 2009.