UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MATTHEW KING, et al.,            )
                                 )
        Plaintiffs,              )
                                 )
    vs.                          )        Case No. 4:08CV1050 RWS
                                 )
ALAN BLAKE, et al.,              )
                                 )
        Defendants.              )

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' third motion for appointment of

counsel. As I stated in my previous February 25, 2009 Memorandum and Order

denying counsel, there is no constitutional or statutory right to appointed counsel

in a civil case. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th

Cir. 1984). In determining whether to appoint counsel, the Court considers several

factors including (1) whether the plaintiff has presented non-frivolous allegations

supporting his prayer for relief; (2) whether the plaintiff will substantially benefit

from the appointment of counsel; (3) whether there is a need to further investigate

and present the facts related to the plaintiff's allegations; and (4) whether the

factual and legal issues presented by the action are complex. See Battle v.

Armontrout, 902 F.2d 701, 702 (8th Cir. 1990); Johnson v. Williams, 788 F.2d

1319, 1322-23 (8th Cir. 1986); Nelson, 728 F.2d at 1005.

After considering these factors, I continue to believe that plaintiffs are capable of representing themselves in this action. Moreover, I do not believe that the facts and legal issues involved are so complicated that the appointment of counsel is warranted at this time. Accordingly, I will deny plaintiffs' third motion for appointment of counsel at this time.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' third motion for appointment of counsel [#45] is denied without prejudice.


RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 30th day of March, 2009.