UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW KING, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1050 RWS |
| | ) | |
| ALAN BLAKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before me on plaintiffs' motion to attend each other's depositions. They are permitted to attend each other's depositions. However, plaintiff King is not permitted to "insert objections when questions call for speculation, privileged information or is irrelevant to the cause," during plaintiff Goddard's deposition because he is not an attorney and may not represent Goddard. The same is true for Goddard. He may not act as King's attorney during King's deposition. If plaintiffs fail to comply with this Memorandum and Order, they may be excluded from attending each other's depositions and face possible additional sanctions, if appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to attend each other's depositions [#50] is granted only to the extent that they are permitted to attend the depositions, but is denied in all other respects.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of April, 2009.