UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW KING, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:08CV1050 RWS |
| ALAN BLAKE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on plaintiffs' motion for subpoena for Janet Gordon. The motion will be denied because the Court is unable to determine the nature of the relief sought by plaintiffs.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion for subpoena [#54] is denied without prejudice.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of April, 2009.