UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MATTHEW J. KING, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Cause No. 4:08CV1050RWS |
| | ) |
| ALAN BLAKE, et al., | ) |
| | ) |
|     Defendants. | ) |

### CERTIFICATION OF DENISE MCELVEIN

COMES NOW Assistant Attorney General Denise McElvein, and hereby states that I am the supervisor of Assistant Attorney General Robert J. Isaacson, on this case as of Sept 1, 2009. I have reviewed the Court's September l5, 2009 order (#89) in the instant cause.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Denise McElvein*
Denise McElvein, #45227
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri  63188
(314) 340-7861 (Telephone)
(314) 320-7029 (Facsimile)

1

## **CERTIFICATE OF SERVICE**

 A copy of the foregoing was mailed, first class, postage prepaid this 18th day of September, 2009, to the following:

Michael Goddard
Missouri Sexual Offender Treatment Center
1016 West Columbia
Farmington, Missouri  63640

Matthew J. King
Missouri Sexual Offender Treatment Center
1016 West Columbia
Farmington, Missouri  63640

            */s/ Denise McElvein*